

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-15-00034-CV

### IN RE LERIN HILLS MUNICIPAL UTILITY DISTRICT

Original Mandamus Proceeding[1]

### ORDER

Sitting:  Karen Angelini, Justice
Marialyn Barnard, Justice
Jason Pulliam, Justice

On January 27, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than February 18, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 4, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk
Clerk of Court

---

[1] This proceeding arises out of Cause No. 001-13-CON-CCL, styled *Lerin Hills Municipal Utility District v. Willis Jay Harpole and Dawn D. Harpole*, pending in the County Court at Law, Kendall County, Texas, the Honorable Bill R. Palmer presiding.